```
1  BRUCE D. MacLEOD (SBN: 130860)
   DAVIS, BENGTSON & YOUNG, APLC
2  1960 The Alameda, Suite 210
   San Jose, CA  95126
3  Phone:   669.245.4200
   Fax:     408.985.1814
4  Email: bmacleod@dby-law.com

5  Attorneys for Defendants
   SAC ATTORNEYS, LLP, JAMES CAI,
6  BRIAN BARNHORST and PATRICK
   O'SHAUGHNESSY
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ELENA ABITTAN, ROY GRABER and TOVA GRABER<br><br>Plaintiffs,<br><br>vs.<br><br>HANSEN LAW FIRM, P.C., CRAIG HANSEN, STEPHEN HOLMES, SAC ATTORNEYS, LLP, JAMES CAI, BRIAN BARNHORST, PATRICK O'SHAUGNESSY, YE & ASSOCIATES, PLLC, JINGJING YE and DOES 1-20, inclusive<br><br>Defendants. | Case No. 5:25-CV-5427<br><br>**DECLARATION OF BRUCE D. MacLEOD IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE OR DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE §425.16 [ANTI-SLAPP]** |

-1-
DECLARATION OF BRUCE D. MACLEOD IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND
MOTION TO STRIKE OR DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6) AND C.C.P. §425.16

I, Bruce D. MacLeod declare:

1. I am Senior Counsel with the firm of Davis, Bengtson & Young, APLC, counsel of record for Defendants SAC ATTORNEYS, LLP, JAMES CAI, BRIAN BARNHORST and PATRICK O'SHAUGHNESSY (hereinafter collectively "SAC Defendants") and am licensed to practice before all of the courts of the State of California. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those, I am informed and believe them to be true and could and would competently testify thereto. In making this declaration it is not my intention to waive the attorney-client privilege as to either myself and my clients, or between the SAC Defendants and their clients in the action titled Yuting Chen v. Ariel Abittan, et al., United States District Court for the Northern District of California, Case No. 21-CV-0939 NC (hereinafter the "Underlying Action".)

2. Attached hereto as Exhibit A is a true and correct copy of the *Notice of Appearance of SAC Attorneys LLP on Behalf of Plaintiff Yuting Chen* filed in the Underlying Action as Document 62 on December 16, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of the *Order Dismissing Case with Conditions* filed in the Underlying Action as Document 92 on April 26, 2023.

4. Attached hereto as Exhibit C is a true and correct document of the *Chen Declaration in Support of Opposition to Defendant's Motion for Fees and Costs, and Cross-Motions for Associated Fees and Costs* filed in the Underlying Action as part of Document 107-1 on May 26, 2023.

5. Attached hereto as Exhibit D is a true and correct copy of the *Judgment* filed in the Underlying Action as Document 114 on June 30, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 1, 2025 at San Jose, California.

_____
Bruce D. MacLeod

-2-
DECLARATION OF BRUCE D. MACLEOD IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE OR DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6) AND C.C.P. §425.16

# EXHIBIT A

|     |     |
| --- | --- |
| 1   | James Cai (SBN: 200189) |
|     | *jcai@sacattorneys.com* |
| 2   | Brian A. Barnhorst (SBN: 130292) |
|     | *bbarnhorst@sacattorneys.com* |
| 3   | Jackson D. Morgus (SBN: 318453) |
|     | *jmorgus@sacattorneys.com* |
| 4   | Woody Wu (SBN: 309317) |
|     | *wwu@sacattorneys.com* |
| 5   | SAC ATTORNEYS LLP |
|     | 1754 Technology Drive, Suite 122 |
| 6   | San Jose, CA 95110 |
|     | Telephone: (408) 436-0789 |

Attorneys for Plaintiff
*Yuting Chen*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Yuting Chen, | Case No. 5:21-cv-09393-NC |
| --- | --- |
| Plaintiff, | Judge: Hon. Nathanael M. Cousins |
| v. | |
| Abittan et al, | **NOTICE OF APPEARANCE OF SAC ATTORNEYS LLP ON BEHALF OF PLAINTIFF YUTING CHEN** |
| Defendants. | |
| | Case Filed: December 3, 2021 |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that James Cai, Brian A. Barnhorst, Jackson D. Morgus and Woody Wu of SAC ATTORNEYS, LLP, hereby enter an appearance as counsels for Yuting Chen, in the above-referenced actions. Please serve said counsels with all pleadings and notices in this action.

James Cai
*jcai@sacattorneys.com*
Brian A. Barnhorst
*bbarnhorst@sacattorneys.com*
Jackson D. Morgus
*jmorgus@sacattorneys.com*
Woody Wu
*wwu@sacattorneys.com*
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA 95110
Telephone: (408) 436-0789

Date: December 16, 2022

**SAC ATTORNEYS LLP**
JAMES CAI
BRIAN A. BARNHORST
JACKSON D. MORGUS
WOODY WU


By: /s/ James Cai
    JAMES CAI

ATTORNEYS FOR PLAINTIFF

1
2  **PROOF OF SERVICE Electronic Filing**

3  I HEREBY CERTIFY that on December 16, 2022, I served the document described as: **NOTICE OF**

4  **APPEARANCE OF SAC ATTORNEYS LLP ON BEHALF OF PLAINTIFF YUTING CHEN** by

5  electronic mail on the following parties:

6
7  Constantine Philip Economides
   Freedman Normand Friedland LLP
8  Roche Freedman LLP
   1 SE 3rd Ave.
9  Suite 1240
   Miami, FL 33131
10 305-851-5997
   ceconomides@fnf.law
11

12 Craig Alan Hansen,
   Collin Dane Greene,
13 Stephen C. Holmes,
   Philip E. Yeager,
14 Hansen Law Firm, P.C.
   75 East Santa Clara Street, Suite 1150
15 San Jose, CA 95113
   (408) 715-7980
16 craig@hansenlawfirm.net
17 craig@hansenlawfirm.net
   steve@hansenlawfirm.net
18 phil@ hansenlawfirm.net

19
20
21
22                          /s/ Maria Butler
                            Maria Butler
23
24
25
26
27
28

NOTICE OF APPEARANCE OF SAC ATTORNEYS LLP
-1-                              Case No. 5:21-cv-09393-NC

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARIEL ABITTAN, and others,<br><br>　　　　Defendants. | Case No. 21-cv-09393 NC<br><br>**ORDER DISMISSING CASE WITH CONDITIONS** |

At a hearing today in open court, counsel for Plaintiff Yuting Chen moved to voluntarily dismiss this case with prejudice under Fed. R. Civ. P. 41(a)(2). Under that provision, an action may be dismissed only by court order, on terms that the court considers proper. The Court GRANTS dismissal with prejudice, with conditions set forth in this order. The Court retains jurisdiction to address the following issues. Defendants may file a motion for award of fees, costs, and sanctions by May 11, 2023; opposition due May 24, 2023; hearing May 31, 2023, at 11:00 a.m. in courtroom 5.

The parties also have until May 3, 2023, to jointly or separately propose a protective order to regulate certain documents that were produced in the case.

Counsel for Chen additionally stated a request to withdraw from the case. Supporting information must be filed by May 11, 2023 (including whether client agrees or objects; new counsel; or if Chen will be self-represented), and notice provided to Chen; response by May 24, 2023; hearing May 31, 2023, at 11:00 a.m. in courtroom 5.

The Court denied the other discovery issues in ECF 90 as moot in light of the dismissal. The Court vacated the April 27 deposition of Chen. The Clerk must terminate ECF 75, 83 and 90 without prejudice and administratively close this case.

IT IS SO ORDERED.

Date: April 26, 2023

_____
Nathanael M. Cousins
United States Magistrate Judge

# EXHIBIT C

James Cai (SBN: 200189)
jcai@sacattorneys.com
Brian A. Barnhorst (SBN: 130292)
bbarnhorst@sacattorneys.com
Patrick E. O'Shaughnessy (SBN: 218051)
poshaughnessy@sacattorneys.com
Woody Wu (SBN: 309317)
wwu@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA 95110
Telephone: (408) 436-0789

Jingjing Ye (Admitted *Pro Hac Vice*)
jye@yefirm.com
YE & ASSOCIATES, PLLC
3400 N. Central Expy, #500
Plano, TX 75080
Telephone: (469) 410-5232

*Attorneys for Temujin Labs Inc. (Delaware) Temujin Labs Inc. (Cayman Islands), Lily Chao, and Damien Ding, and (motion for withdrawal pending) Plaintiff Yuting Chen*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARIEL ABITTAN et al.,<br><br>　　　　Defendants. | Case No. 21-CV-09393-NC<br><br>**CHEN DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR FEES AND COSTS, AND CROSS-MOTIONS FOR ASSOCIATED FEES AND COSTS**<br><br>Judge:　Hon. Nathanael Cousins<br>Date:　May 31, 2023<br>Time:　11:00 a.m.<br>Place:　Courtroom 5 |

I, Yuting Chen, declare,

1. I, Yuting Chen, am the plaintiff in the above-captioned case. I have used the nickname Selena at times in the past. I submit this declaration in support of all opposition to Defendant's motion for fees and costs (the "Motion"), and in support of any opposing motions for fees and costs against Defendant associated with responding to the Motion. I possess personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify thereto.

2. I can no longer maintain this lawsuit from the perspective of personal property and the current economic situation. Defendant Ariel Abittan cheated me a lot in the watch business, and I did not make money in my Temujin's investment because of his sabotage. Under this double blow, I can no longer afford the high legal fees associated with this litigation. This is the main reason for my dismissing the case.

3. In the past two years of the lawsuit, Defendant published the name and photo of my child and the school where the child goes to school without my permission.

4. This has had a major impact on my child's life and study. After my parents learned about it, they have been asking me to take the child back to China, and they do not want to continue to expose more information about the child in lawsuits and courts.

5. In the past two months, my mother's health has become unwell due to long-term worries about me and the children. I finally decided to take the child back to China. But if the lawsuit continues, I will not be able to take my child back to China to live a normal life.

6. I cannot let my parents continue to worry about me like this. This is the second reason for my dismissing the case.

7. This lawsuit has been seen by many watch dealers. They have blacklisted me.

8. If this matter continues, I may not be able to buy watches in the future because the brands of these watches do not allow buyers to buy them just to increase the price and sell them to others.

9. In this way, my business will not be able to continue at all. This is the third reason for my dismissing the case.

10. So far, all the factual information in filings in this lawsuit have been provided by me based on the real situation, and there is no fault of the lawyers.

11. It is common in my experience for individuals whose names do not translate well into Romanized characters to use an American nickname or nicknames.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 26, 2023                                    Ms. Yuting Chen

_____
Plaintiff

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Orange____ )

On __May 26, 2023__ before me, __Stephanie E. Garcia, Notary Public__,
(insert name and title of the officer)

personally appeared __Yuting Chen__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

STEPHANIE E. GARCIA
COMM. #2435210
Notary Public - California
Orange County
My Comm. Expires Jan. 21, 2027

# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUTING CHEN,<br><br>  Plaintiff,<br><br>  v.<br><br>ARIEL ABITTAN, and others,<br><br>  Defendants. | Case No. 21-cv-09393 NC<br><br>**JUDGMENT** |

In accordance with the April 26, 2023, order conditionally dismissing this case with prejudice under Fed. R. Civ. P. 41(a)(2), ECF 92, Judgment is entered against Plaintiff Yuting Chen. This matter is now closed, but for the bill of costs permitted in ECF 113.

IT IS SO ORDERED.

Date: June 30, 2023

_____
Nathanael M. Cousins
United States Magistrate Judge