# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States. My business address is 1960 The Alameda, Suite 210, San Jose, CA 95126. I am employed with Davis Bengtson & Young, APLC in the County of Santa Clara, where this service occurs. I am over the age of 18 years, and not a party to the within matter. On the date set forth below, I served the attached document(s) described as follows:

- **DEFENDANT'S NOTICE OF MOTION TO STRIKE OR DISMISS COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES ISO MOTION TO STRIKE OR DISMISS COMPLIANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE §425.16 [ANTI-SLAPP]**
- **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE OR DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE §425.16 [ANTI-SLAPP]**
- **DECLARATION OF BRUCE D. MACLEOD IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE OR DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDUE 12(b)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE §425.16 [ANTI-SLAPP]**

on the following person(s) in this action by providing a true copy thereof, to the following:

| | |
|---|---|
| Brianna K. Pierce<br>**Bellatrix Law, PC**<br>16868 Via Del Campo Ct, Ste 100<br>San Diego, CA 92127<br>858-338-5650<br>bkp@bellatrix-law.com | **Attorney for Plaintiffs** |

[ ] (BY MAIL) I am familiar with my firm's practice for collecting and processing correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. Following ordinary business practices, I sealed said envelope and placed it for collection and mailing on October 1, 2025.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the office(s) of the addressee(s).

[ ] (BY FACSIMILE) I caused such document(s) to be delivered via facsimile this date to the office(s) of the addressee(s).

[ ] (BY OVERNIGHT MAIL) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[XX] (BY EMAIL OR ELECTRONIC TRANSMISSION) I caused the documents to be sent to the person(s) at the electronic service address(es) listed above.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true
2  and correct and that this Declaration was executed on October 1, 2025.

_____
Adrienne Desmond