1  Jingjing Ye Bennett
   Email: jye@yefirm.com
2  YE & ASSOCIATES, P.C.
   3400 N Central Expy
3  Suite 110-321
   Richardson, TX 75080
4  Telephone: (214) 233 6230
   Facsimile: (469) 752 55107
5  *Attorney for Ye & Associates PLLC*
   *And Jingjing Ye*
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN, ABITTAN, JACOB ABITTAN, ALYSSA PORTAL, ELIANA ABITTAN, ROY GRABER, and TOVA GRABER,<br><br>PLAINTIFFS,<br><br>v.<br><br>HANSEN LAW FIRM, P.C., CRAIG HANSEN, STEPHEN HOLMES, SAC ATTORNEYS LLP, JAMES CAI, BRIAN BARNHORST, PATRICK O'SHAUGNESSY, YE & ASSOCIATES, PLLC, JINGJING YE, and DOES 1-20, inclusive<br><br>DEFENDANTS, | Case No. 25-cv-05427-SVK<br><br>**DECLARATION OF JORDAN NEEL IN SUPPORT OF DEFENDANTS YE & ASSOCIATES PLLC AND JINGJING YE'S MOTIONT TO DISMISS FOR IMPROPER SERVICE**<br><br>Complaint Filed: June 27, 2025<br><br>Judge:  Hon. Susan van Keulen |

I, Jordan Neel, declare as follows:

1.  I am over the age of eighteen years and am competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently thereto.

2.  I am an employee of Common Desk, a co-working space provider as a subsidiary of WeWork, a global shared workspace and service provider. I am responsible for greeting and

assisting members and visitors, managing check-ins, answering inquiries, coordinating mail and deliveries, maintaining a professional and welcoming workspace environment, and supporting daily operations of the Common Desk located at 3400 N Central Expy Suite 110, Richardson TX 75080.

3. I am not authorized to receive legal documents, service of process, or other official correspondence on behalf of any tenant companies or individuals within the co-working space.

4. On September 10, 2025, a process server attempted to serve legal documents on Ye & Associates, PLLC and Jingjing Ye by leaving two large envelopes with me at the front desk. One envelope was addressed to "Jingjing Ye", and the other was addressed to "Ye & Associates, PLLC".

5. I am not a person apparently in charge of Ye & Associates, P.C. or their business operations. I have no authority over Ye & Associates, P.C.'s business affairs, no responsibility for ensuring they receive correspondence, and no supervisory relationship with Ye & Associates, P.C. or its employees.

6. I later delivered the envelopes to the office of Ye & Associates, P.C.

Executed at ___*Richardson*___ Texas, on this _1_ day of October 2025.

_____
Jordan Neel

**DECLARATION OF JORDAN NEEL IN SUPPORT OF DEFENDANTS YE & ASSOCIATES PLLC AND JINGJING YE'S MOTIONT TO DISMISS FOR IMPROPER SERVICE**