Jingjing Ye Bennett
Email: jye@yefirm.com
YE & ASSOCIATES, P.C.
3400 N Central Expy
Suite 110-321
Richardson, TX 75080
Telephone: (214) 233 6230
Facsimile: (469) 752 55107

*Attorney Specially Appearing
for Ye & Associates, PLLC
and Jingjing Ye*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN, ABITTAN, JACOB ABITTAN, ALYSSA PORTAL, ELIANA ABITTAN, ROY GRABER, and TOVA GRABER,<br><br>PLAINTIFFS,<br><br>v.<br><br>HANSEN LAW FIRM, P.C., CRAIG HANSEN, STEPHEN HOLMES, SAC ATTORNEYS LLP, JAMES CAI, BRIAN BARNHORST, PATRICK O'SHAUGNESSY, YE & ASSOCIATES, PLLC, JINGJING YE, and DOES 1-20, inclusive<br><br>DEFENDANTS, | Case No. 25-cv-05427-SVK<br><br>**[PROPOSED] ORDER GRANTING YE& ASSOCIATES, PLLC AND JINGJING YE'S MOTION BY SPECIAL APPEARANCE TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE**<br><br>Hearing Date: November 11, 2025<br>Time: 10:00 a.m.<br>Dept.: 6<br>Judge: Hon. Susan van Keulen |

Considering the papers and arguments, and finding good cause, specially appearing Defendant Ye & Associates, P.C. and Jingjing Ye's ("Ye Parties") Motion to Dismiss is GRANTED. Personal jurisdiction over Ye & Associates, P.C. and Jingjing Ye is lacking, *see* Fed. R. Civ. P. 12(b)(2), and Plaintiffs have not effectuated proper service of process on the Ye Parties, *see* Fed R. Civ. P. 12(b)(4) and Fed R. Civ. P. 12(b)(5). Accordingly, all claims brought by Plaintiffs against Ye & Associates, P.C. and Jingjing Ye in this action are dismissed with prejudice.

Dated: _____, 2025

_____
SUSAN VAN KEULEN
United States District Judge