UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ABITTAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HANSEN LAW FIRM, P.C., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-05427-SVK<br><br>**ORDER RE SERVICE AND DEFAULT STATUS** |

　　　　On June 27, 2025, Plaintiffs filed this action alleging malicious prosecution against three law firms and certain attorneys at those firms: (1) Hansen Law Firm, P.C. and attorneys Craig Hansen and Stephen Holmes (the "Hansen Defendants"); (2) SAC Attorneys LLP and attorneys James Cai, Brian Barnhorst and Patrick O'Shaugnessy (the "SAC Defendants"); and (3) Ye & Associates PLLC and attorney Jingjing Ye (the "Ye Defendants") (collectively, "Defendants"). Dkt. 1. The Court issues this Order pursuant to Rule 4(m).

　　　　Pursuant to Rule 4(m), absent good cause to extend the time period for service, plaintiffs are required to serve all defendants within 90 days – in this case, by September 25, 2025. Fed. R. Civ. P. 4(m). On September 25, Plaintiffs filed proofs of service showing that service was made or attempted on some defendants between September 11-13, 2025. *See* Dkts. 12-17. Absent a timely waiver of service, defendants must respond to the complaint within 21 days after being served – in this case, by October 3, 2025 for the last defendants. Fed. R. Civ. P. 12(a)(1)(A).

　　　　The Ye Defendants timely appeared and filed a motion to dismiss. Dkt. 20.

　　　　The SAC Defendants timely appeared and filed a motion to strike or dismiss. Dkt. 19.

　　　　The Hansen Defendants, however, have not appeared. Hansen Law Firm, P.C. was purportedly served on September 10, 2025 and Stephen Holmes was purportedly served on September 12, 2025. Dkts. 16-17, respectively. No proof of service has been filed for Craig

Hansen. Accordingly, the Court **ORDERS:**

- As to Hansen Law Firm and Stephen Holmes, **no later than October 15, 2025**, Plaintiffs **shall either** move for entry of default or file a status report explaining why they have not done so, *e.g.*, if these defendants had timely waived service;
- As to Craig Hansen, **no later than October 15, 2025**, Plaintiffs **shall either** file a proof of service or file a status report as to the status of service.

**SO ORDERED.**

Dated: October 8, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge