Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Audrey Tam (SBN 305437)
audrey.tam@wilsonelser.com
Stephanie Yee, Esq. (SBN 320861)
stephanie.yee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
HANSEN LAW FIRM, P.C.;CRAIG HANSEN; and STEPHEN HOLMES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA PORTAL, ELIANA ABITTAN, ROY GRABER, and TOVA GRABER, <br><br>             Plaintiff(s), <br><br>    v. <br><br>HANSEN LAW FIRM, P.C., CRAIG HANSEN, STEPHEN HOLMES, SAC ATTORNEYS LLP, JAMES CAI, BRIAN BARNHORST, PATRICK O'SHAUGNESSY, YE & ASSOCIATES, PLLC, JINGJING YE, and DOES 1-20, inclusive, <br><br>             Defendant(s). | Case No.: 5:25-cv-5427-SVK <br><br> ***ASSIGNED TO: MAGISTRATE JUDGE SUSAN VAN KEULEN*** <br><br> **FIRST STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS HANSEN LAW FIRM, P.C.; CRAIG HANSEN; AND STEPHEN HOLMES TO RESPOND TO THE COMPLAINT** <br><br> **(L.R. 6-1(b))** <br><br> Complaint Filed: June 27, 2025 <br> Trial Date: None Set |

FIRST STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS HANSEN LAW
FIRM, P.C.; CRAIG HANSEN; AND STEPHEN HOLMES TO RESPOND TO THE COMPLAINT

## **STIPULATION**

Pursuant to Civil Local Rule 6-1(b), counsel for Plaintiffs Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Portal, Eliana Abittan, Roy Graber, and Tova Graber ("Plaintiffs"); and Defendants Hansen Law Firm, P.C., Craig Hansen, and Stephen Holmes ("Defendants"), by and through their counsel of record, hereby stipulate to the following:

WHEREAS, on June 27, 2025, Plaintiffs filed a Complaint in this action (the "Complaint");

WHEREAS, on September 25, 2025, Plaintiffs filed a Proof of Service of Summons showing *substituted* service on Hansen Law Firm, P.C. on September 10, 2025 and mailing on September 11, 2025;

WHEREAS, Plaintiffs and Defendants agree, that based upon the date of substituted service on Hansen Law Firm, P.C., its deadline to respond to the Complaint is October 14, 2025;

WHEREAS, on September 25, 2025, Plaintiffs filed a Proof of Service of Summons showing *substituted* service on Stephen Holmes on September 12, 2025 and mailing on September 16, 2025;

WHEREAS, Plaintiffs and Defendants agree, that based upon the date of substituted service on Stephen Holmes, his deadline to respond to the Complaint is October 17, 2025;

WHEREAS, on October 8, 2025, this Court issued an Order re Service and Default Status (Dkt. 24) stating the deadline for Defendants, with the exception of Craig Hansen, to respond to the Complaint as October 3, 2025, and directing Plaintiffs to enter default or file a status report as to why they have not taken Defendants' default by October 15, 2025;

WHEREAS, Plaintiffs and Defendants have met and conferred and have agreed to enlarge the deadline for Hansen Law Firm, P.C. to respond to the Complaint to October 17, 2025 to coincide with Stephen Holmes' deadline to respond;

WHEREAS, Plaintiffs and Defendants have met and conferred and have agreed to set the deadline for Defendant Craig Hansen to respond to coincide with Stephen Holmes' deadline to respond, October 17, 2025;

THEREFORE, IT IS SO STIPULATED, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD that Defendants shall respond to the Complaint by October 17, 2025 and Plaintiffs

are relieved from moving for entry of default against Defendants and from filing a status report explaining why they have not taken Defendants' default by October 15, 2025.

IT IS SO STIPULATED.

Dated: October 10, 2025                         BELLATRIX LAW, P.C.


                                                By: _/s/ Brianna K. Pierce_____
                                                    Brianna K. Pierce
                                                    Attorneys for Plaintiffs
                                                    ABRAHAM ABITTAN, RACHEL
                                                    ABITTAN, BRIAN ABITTAN, JACOB
                                                    ABITTAN, ALYSSA PORTAL,
                                                    ELIANA ABITTAN, ROY GRABER,
                                                    and TOVA GRABER


Dated: October 10, 2025                         WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP


                                                By: _/s/ Peter C. Catalanotti_____
                                                    Peter C. Catalanotti
                                                    Audrey Tam
                                                    Stephanie Yee
                                                    Attorneys for Defendants
                                                    HANSEN LAW FIRM, P.C.; CRAIG
                                                    HANSEN; and STEPHEN HOLMES


## **[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefor, IT IS

ORDERED that:

1. Defendants' deadline to respond to the Complaint is enlarged to October 17, 2025; and

2. Plaintiffs are relieved from moving for entry of default against Defendants and from

   filing a status report explaining why they have not taken Defendants' default by October

   15, 2025.


Dated: _____            _____
                                       Hon. Judge Susan van Keulen
                                       United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Peter C. Catalanotti, hereby attest that each of the other signatories have concurred in the filing of this document and have consented to the application of their electronic signatures to this document, which shall serve in lieu of their holographic signatures on the document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2025, at San Francisco, California.

By:*/s/ Peter C. Catalanotti*
Peter C. Catalanotti

## PROOF OF SERVICE

*Abittan, Abraham v. Hansen Law Firm, PC, et al.*
United States District Court Case No. 5:25-cv-5427

At the time of service I was over 18 years of age and not a party to this action.  I am employed by Wilson, Elser, Moskowitz, Edelman & Dicker LLP in the County of San Francisco, State of California.  My business address is 655 Montgomery Street, Suite 900, San Francisco, California 94111.  My business Facsimile number is (415) 434-1370.  On this date I served the following document(s):

**FIRST STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS HANSEN LAW FIRM, P.C.; CRAIG HANSEN; AND STEPHEN HOLMES TO RESPOND TO THE COMPLAINT**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒:   By E-Service in conjunction with E-Filing the document(s) listed above through the Court's CM/ECF system, which effects electronic service on counsel and parties who are registered with the CM/ECF system.

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on October 10, 2025, at San Francisco, California.

*/s/ Peter C. Catalanotti*
Peter C. Catalanotti

FIRST STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS HANSEN LAW FIRM, P.C.; CRAIG HANSEN; AND STEPHEN HOLMES TO RESPOND TO THE COMPLAINT

## SERVICE LIST

*Abittan, Abraham v. Hansen Law Firm, PC, et al.*
United States District Court Case No. 5:25-cv-5427

| | |
|---|---|
| Brianna K. Pierce (SBN 336906)<br>BELLATRIX LAW, P.C.<br>16868 Via Del Campo Ct., Ste 100<br>San Diego, California 92127<br>Telephone: (858) 338-5650<br>Email: bkp@bellatrix-law.com<br><br>***Attorneys for Plaintiffs,***<br>**Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Portal, Eliana Abittan, Roy Graber, and Tova Graber** | Bruce Douglas MacLeod<br>DAVIS, BENGTSON & YOUNG<br>1960 The Alameda<br>Ste 210<br>95126<br>San Jose, CA 95126<br>669-288-6727<br>Fax: 408-985-1814<br>Email: bmacleod@dby-law.com<br><br>***Attorneys for Defendants,*** **SAC Attorneys LLP, James Cai, Brian Barnhorst, Patrick O'Shaugnessy** |
| Jingjing Ye Bennett<br>YE & ASSOCIATES, P.C.<br>3400 N Central Expy<br>Suite 110-321<br>Richardson, TX 75080<br>469-410-5232<br>Fax: 469-751-5507<br>Email: jye@yefirm.com<br><br>***Attorneys for Defendants,***<br>**Ye & Associates PLLC and Jingjing Ye Bennett** | |

FIRST STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS HANSEN LAW FIRM, P.C.; CRAIG HANSEN; AND STEPHEN HOLMES TO RESPOND TO THE COMPLAINT