Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Audrey Tam (SBN 305437)
audrey.tam@wilsonelser.com
Stephanie Yee (SBN: 320861)
stephanie.yee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA  94111
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendants
HANSEN LAW FIRM, P.C., STEPHEN HOLMES, and CRAIG HANSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA PORTAL, ELIANA ABITTAN, ROY GRABER, and TOVA GRABER,<br><br>Plaintiffs,<br><br>v.<br><br>HANSEN LAW FIRM, P.C., CRAIG HANSEN, STEPHEN HOLMES, SAC ATTORNEYS LLP, JAMES CAI, BRIAN BARNHORST, PATRICK O'SHAUGNESSY, YE & ASSOCIATES, PLLC, JINGJING YE, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  5:25-cv-5427SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS HANSEN LAW FIRM, P.C., STEPHEN HOLMES, AND CRAIG HANSEN'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>Date: December 2, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6<br>Magistrate Judge Susan Van Keulen |

1

[PROPOSED] ORDER GRANTING DEFENDANTS HANSEN LAW FIRM, P.C., STEPHEN HOLMES, AND CRAIG HANSEN'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

322550310v.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants Hansen Law Firm, P.C., Stephen Holmes, and Craig Hansen's (collectively, "Hansen") Special Motion to Strike Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) and California Code of Civil Procedure Section 425.16 ("anti-SLAPP Motion") came on regularly for hearing on December 2, 2025 in Courtroom 6 of the above-entitled Court. This Court having considered Hansen's anti-SLAPP Motion, the papers filed in support and opposition thereof, the arguments of counsel, all papers and pleadings on file in this action, and such other and further evidence and information that the Court deems just and proper, good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED** that:

1. Hansen's anti-SLAPP Motion is **GRANTED**.
2. Hansen is entitled to mandatory fees and costs pursuant to CCP § 425.16(c), and may pursue such in a separately noticed motion.

**IT IS SO ORDERED.**

Dated:

The Honorable Susan Van Keulen<br>United States Magistrate Judge

**PROOF OF SERVICE**

*Abittan, Abraham v. Hansen Law Firm, PC, et al.*
United States District Court Case No. 5:25-cv-5427

At the time of service I was over 18 years of age and not a party to this action. I am employed by Wilson, Elser, Moskowitz, Edelman & Dicker LLP in the County of San Francisco, State of California. My business address is 655 Montgomery Street, Suite 900, San Francisco, California 94111. My business Facsimile number is (415) 434-1370. On this date I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS HANSEN LAW FIRM, P.C., STEPHEN HOLMES, AND CRAIG HANSEN'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: By E-Service in conjunction with E-Filing the document(s) listed above through the Court's CM/ECF system, which effects electronic service on counsel and parties who are registered with the CM/ECF system.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on October 17, 2025, at San Francisco, California.

*/s/ Peter Catalanotti*
Peter Catalanotti

---

3

[PROPOSED] ORDER GRANTING DEFENDANTS HANSEN LAW FIRM, P.C., STEPHEN HOLMES, AND CRAIG HANSEN'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

322550310v.1

# SERVICE LIST

*Abittan, Abraham v. Hansen Law Firm, PC, et al.*
United States District Court Case No. 5:25-cv-5427

| Brianna K. Pierce<br>BELLATRIX LAW, P.C.<br>16868 Via Del Campo Ct., Ste 100<br>San Diego, California 92127<br>Telephone: (858) 338-5650<br>Email: bkp@bellatrix-law.com<br><br>*Attorneys for Plaintiffs*<br>**Abrahham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Portal, Eliana Abittan, Roy Graber, and Tova Graber** | Bruce Douglas MacLeod<br>DAVIS, BENGTSON & YOUNG<br>1960 The Alameda, Ste 210<br>San Jose, CA 95126<br>Telephone: (669)288-6727<br>Email: bmacleod@dby-law.com<br><br>*Attorneys for Defendants*<br>**James Cai, Brian Barnhorst, Patrick O'Shugnessy** |
| Jingjing Ye Bennett<br>YE & ASSOCIATES, P.C.<br>3400 N Central Expy Ste 110-321<br>Richardson, TX 75080<br>Telephone: (469)410-5232<br>Email: jye@yefirm.com<br><br>*Attorneys for Defendants*<br>**Ye & Associates PLLC and Jingjing Ye** | |

4

[PROPOSED] ORDER GRANTING DEFENDANTS HANSEN LAW FIRM, P.C., STEPHEN HOLMES, AND CRAIG HANSEN'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

322550310v.1