Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Audrey Tam (SBN 305437)
audrey.tam@wilsonelser.com
Stephanie Yee (SBN 320861)
stephanie.yee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA  94111
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
HANSEN LAW FIRM, P.C.; STEPHEN HOLMES; and CRAIG HANSEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA PORTAL, ELIANA ABITTAN, ROY GRABER, and TOVA GRABER,<br><br>Plaintiffs,<br><br>v.<br><br>HANSEN LAW FIRM, P.C., CRAIG HANSEN, STEPHEN HOLMES, SAC ATTORNEYS LLP, JAMES CAI, BRIAN BARNHORST, PATRICK O'SHAUGNESSY, YE & ASSOCIATES, PLLC, JINGJING YE, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  5:25-cv-5427SVK<br><br>***ASSIGNED TO: MAGISTRATE JUDGE SUSAN VAN KEULEN***<br><br>**DECLARATION OF PETER C. CATALANOTTI IN SUPPORT OF DEFENDANTS HANSEN LAW FIRM, P.C.; STEPHEN HOLMES; AND CRAIG HANSEN'S MOTION FOR ATTORNEY'S FEES FOLLOWING PARTIAL GRANTING OF SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 (ANTI-SLAPP STATUTE)**<br><br>Date: May 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6, 4th Floor<br>Magistrate Judge Susan Van Keulen<br><br>Complaint Filed: June 27, 2025<br>Trial Date: None Set |

CATALANOTTI DECL. IN SUPPORT OF HLF DEFENDANTS' MOTION FOR ATTORNEY'S FEES FOLLOWING
PARTIAL GRANTING OF SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

I, Peter C. Catalanotti, declare as follows:

I am an attorney duly admitted to practice before this Court. I am an attorney at the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP ("WEMED"), counsel of record herein for Defendants Hansen Law Firm, P.C., Stephen Holmes, and Craig Hansen (collectively, "HLF Defendants"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

1.      Pursuant to the Court's order granting in part, the HLF Defendants' Motion for anti-SLAPP motion (Dkts. 33 and 71) and Local Rule 54-5(1), I met and conferred with Plaintiffs Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, and Tova Graber's (collectively, "Plaintiffs") counsel, Brianna Pierce, and Defendants SAC Attorneys LLP, James Cai, Brian Barnhorst and Patrick O'Shaughnessy's (collectively, "SAC Defendants") counsel, Bruce MacLeod, on March 27, 2026, via Zoom, in an attempt to resolve the amount of fees defendants should be awarded under CCP § 425.16(c).

2.      Between March 27, 2026 and April 3, 2026, my office and Ms. Pierce continued to meet and confer about potential settlement and fees. My office informed Ms. Pierce that the total approximate fees the HLF Defendants incurred for the anti-SLAPP motion was $36,000 and that three-eighths the amount would be around $13,500. Plaintiffs offered to waive their appeal rights in exchange for a mutual walkaway. The HLF Defendants countered, requesting their fees incurred and informing Ms. Pierce that reasonable, market-rate fees would be sought if a motion needed to be filed. To date, Plaintiffs have not responded with a counteroffer to the HLF Defendants' demand, thus necessitating the filing of this Motion

**Background and Training**

3.      The following information is provided as required by Local Rule 54-5(3).

4.      I graduated from Temple University Beasley School of Law ("Temple") in 2003. As of the date of this declaration, Temple was ranked #50 by the U.S. News & World Report.[1] By comparison, University of California--San Francisco (formerly UC Hastings), is currently

---

[1] https://www.usnews.com/best-graduate-schools/top-law-schools/temple-university-03139

ranked 88th.  I was admitted to practice law on June 2, 2004.  From 2004 through 2007, I practiced law at a small law firm in San Francisco in which I handled employment, real estate, landlord-tenant law cases.  I also represented clients in a dissolution, bankruptcy, and a conservatorship.

5.      Since July 2007, my practice has been predominantly professional liability defense. I have tried cases through both jury and judge-directed verdicts and arbitrated disputes involving attorneys through resolution. I have appeared and argued cases in which I represented attorneys in state courts throughout California as well as the California Court of Appeal.

6.      In July 2019, I became a partner at WEMED and continue to be the primary handling attorney of the present action at WEMED.

7.      On January 4, 2024, I was certified by The State Bar of California as a specialist in the field of legal malpractice.

8.      Of Counsel Audrey Tam has been practicing law in California since December 2015. Ms. Tam received her J.D. and LL.M. in Taxation from Golden Gate University School of Law in 2015.

9.      Associate Stephanie Yee has been practicing law in California since June 2018. Ms. Yee received her J.D. from University of San Francisco School of Law in 2014.

10.      The comparable prevailing hourly rate charged by attorneys in the San Francisco area with similar years of experience would be $1,282.48 for me, $943.04 for Ms. Tam, and $1,065.55 for Ms. Yee, based on the *Laffey* Matrix and adjustments to account for the market rate in the San Francisco Bay Area.

**Time Spent on Present Matter**

11.      The following information is provided as required by Local Rule 54-5(2).

12.      WEMED has a computerized time and billing record system wherein all timekeepers are required to keep contemporaneous records of time spent on each client matter, including the instant matter. Based on my review of the time records, the amount of attorney's fees incurred by the HLF Defendants and billed by my firm to the HLF Defendants for the anti-SLAPP motion, including the meet and confer and preparation of this motion, through April 3, 2026, is

CATALANOTTI DECL. IN SUPPORT OF HLF DEFENDANTS' <u>MOTION FOR ATTORNEY'S FEES</u> FOLLOWING PARTIAL GRANTING OF SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

$34,460.50 (including a $10,000 deductible paid directly by the HLF Defendants).

13.    The following paragraphs describe the time spent by both myself and the attorneys on my team litigating this case from September 2025 through April 3, 2026. Both my team and I record time expended by rounding up to the nearest tenth of an hour. The records have been reviewed by me personally. It is my understanding that the attorney invoices are privileged.[2] As such, a brief description of that work follows.

   a.    The HLF Defendants' requested fees are reasonable in light of the following considerations: (1) this case involved the defense of Hansen Law Firm, P.C., and two of its attorneys, Craig Hansen and Stephen Holmes, against Plaintiffs' reputation-damaging and meritless claims; (2) the HLF Defendants' counsel spent 20.70 hours reviewing and analyzing the Underlying Action to prepare for drafting of the anti-SLAPP motion; (3) a substantial amount of time was spent drafting, editing, and finalizing the anti-SLAPP motion, reviewing Plaintiffs' opposition, drafting and editing the HLF Defendants' reply to the motion, reviewing and analyzing the Court's 35-page order on the anti-SLAPP motion, and discussing the order with the HLF Defendants, for a total of 102.70 hours expended; (4) the HLF Defendants also spent 2.90 hours meeting and conferring with Plaintiffs' and the SAC Defendants' counsel about potential settlement in lieu of filing a fee motion; (5) the HLF Defendants have expended fees on drafting their fee motion and will incur additional fees reviewing and analyzing Plaintiffs' reply and drafting a reply (but only seek fees associated with drafting the motion through April 3, 2026); and (6) critically, the time expended by the HLF Defendants' counsel resulted in complete dismissal, with prejudice, of all claims against the HLF Defendants.

   b.    All in all, my office expended 126.30 hours on the anti-SLAPP motion and

---

[2] In *Los Angeles County Bd. of Supervisors v Superior Court* (2016) 2 Cal.5th 282, 297, the California Supreme Court held that attorney invoices in pending cases are privileged in their entirety, including the total amounts billed, and are not subject to review by the trial court.

CATALANOTTI DECL. IN SUPPORT OF HLF DEFENDANTS' <u>MOTION FOR ATTORNEY'S FEES</u> FOLLOWING PARTIAL GRANTING OF SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

recovery of attorney's fees pursuant to CCP § 425.16(c).

14.    WEMED charged the HLF Defendants hourly rates of $315.00 for me and Of Counsel Audrey Tam and $260.00 for Associate Stephanie Yee. The total number of hours WEMED billed through April 3, 2026 is 126.30 hours for the anti-SLAPP and fee motions. The total attorney's fees the HLF Defendants have incurred to WEMED to date is $34,460.50.

15.    Attached hereto as **Exhibit A** is a true and correct copy of the *Laffey* Fees Matrix. I obtained this matrix from the *Laffey* Matrix web site, at http://www.laffeymatrix.com/see.html. The reasonable hourly rates for attorneys and staff at WEMED who have worked on this case from September 2025 to the present are as follows:

| Attorney | Years | Hours | Billed Rate | Reasonable Rate |
|---|---|---|---|---|
| Peter C. Catalanotti | 2025-2026 | 21.30 | $315.00 | $1,141.00 |
| Audrey Tam | 2025-2026 | 8.20 | $315.00 | $839.00 |
| Stephanie Yee | 2025-2026 | 96.80 | $260.00 | $948.00 |
| **Total Reasonable Fees** | | | | **$122,949.50** |

16.    Attached hereto as **Exhibit B** is a true and correct copy of the 2025 pay differential for the "San Jose-San Francisco-Oakland" area. I obtained this data from the Office of the U.S. Courts website, at https://www.uscourts.gov/sites/default/files/2024-12/cps_san_jose_2025.pdf. The adjusted reasonable hourly rates for attorneys and staff at WEMED in San Francisco who have worked on this case are as follows:

| Attorney | Years | Hours | Billed Rate | Reasonable Rate | Adjusted Rate |
|---|---|---|---|---|---|
| Peter C. Catalanotti | 2025-2026 | 21.30 | $315.00 | $1,141.00 | $1,282.48 |
| Audrey Tam | 2025-2026 | 8.20 | $315.00 | $839.00 | $943.04 |
| Stephanie Yee | 2025-2026 | 96.80 | $260.00 | $948.00 | $1,065.55 |
| **Total Reasonable Fees** | | | | **$122,949.50** | **$138,194.99** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 6, 2026 at San Francisco, California.

By:_____
            Peter C. Catalanotti, Declarant

# EXHIBIT A

# LAFFEY MATRIX

History

Case Law

See the Matrix

Contact us

Home

| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/25- 5/31/26 | 1.075336 | $277 | $508 | $625 | $902 | $1,019 | $1,227 |
| 6/01/24- 5/31/25 | 1.080182 | $258 | $473 | $581 | $839 | $948 | $1,141 |
| 6/01/23- 5/31/24 | 1.059295 | $239 | $437 | $538 | $777 | $878 | $1,057 |
| 6/01/22- 5/31/23 | 1.085091 | $225 | $413 | $508 | $733 | $829 | $997 |
| 6/01/21- 5/31/22 | 1.006053 | $208 | $381 | $468 | $676 | $764 | $919 |
| 6/01/20- 5/31/21 | 1.015894 | $206 | $378 | $465 | $672 | $759 | $914 |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g.,DL v. District of Columbia, 267 F.Supp.3d 55, 69 (D.D.C. 2017)

* ï¿½Years Out of Law Schoolï¿½ is calculated from June 1 of each year, when most law students graduate. ï¿½1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). ï¿½4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier ï¿½1-3" from June 1, 1996 until May 31, 1999, would move into tier ï¿½4-7" on June 1, 1999, and tier ï¿½8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

# EXHIBIT B

**COURT PERSONNEL SYSTEM**
**San Jose-San Francisco-Oakland, CA - Table SF**
**46.34% Locality Payment Included**
**Effective January 12, 2026**

| | STEP | CL 21 | CL 22 | CL 23 | CL 24 | CL 25 | CL 26 | CL 27 | CL 28 | CL 29 | CL 30 | CL 31 | CL 32 | Number of Default Steps[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **D** | 1 | 32435 | 40740 | 50438 | 55881 | 61707 | 67972 | 74673 | 89488 | 106437 | 125768 | 147932 | 173504 | 2 |
| **E** | 2 | 32773 | 41164 | 50964 | 56464 | 62351 | 68680 | 75451 | 90422 | 107547 | 127079 | 149475 | 175312 | 2 |
| **V** | 3 | 33111 | 41588 | 51491 | 57046 | 62995 | 69389 | 76230 | 91356 | 108656 | 128390 | 151017 | 177121 | 2 |
| **E** | 4 | 33449 | 42013 | 52018 | 57629 | 63639 | 70097 | 77008 | 92289 | 109765 | 129701 | 152559 | 178930 | 2 |
| **L** | 5 | 33787 | 42437 | 52545 | 58211 | 64283 | 70805 | 77787 | 93223 | 110875 | 131012 | 154102 | 180739 | 2 |
| **O** | 6 | 34125 | 42862 | 53072 | 58794 | 64927 | 71513 | 78566 | 94157 | 111984 | 132324 | 155644 | 182547 | 2 |
| **P** | 7 | 34463 | 43286 | 53598 | 59376 | 65571 | 72222 | 79344 | 95090 | 113093 | 133635 | 157187 | 184356 | 2 |
| **M** | 8 | 34801 | 43710 | 54125 | 59958 | 66214 | 72930 | 80123 | 96024 | 114202 | 134946 | 158729 | 186165 | 2 |
| **E** | 9 | 35139 | 44135 | 54652 | 60541 | 66858 | 73638 | 80901 | 96958 | 115312 | 136257 | 160272 | 187974 | 2 |
| **N** | 10 | 35477 | 44559 | 55179 | 61123 | 67502 | 74347 | 81680 | 97891 | 116421 | 137568 | 161814 | 189782 | 2 |
| **T** | 11 | 35815 | 44983 | 55706 | 61706 | 68146 | 75055 | 82458 | 98825 | 117530 | 138880 | 163356 | 191591 | 2 |
| **A** | 12 | 36153 | 45408 | 56233 | 62288 | 68790 | 75763 | 83237 | 99759 | 118639 | 140191 | 164899 | 193400 | 2 |
| **L** | 13 | 36491 | 45832 | 56759 | 62871 | 69434 | 76471 | 84015 | 100692 | 119749 | 141502 | 166441 | 195209 | 2 |
| | 14 | 36829 | 46257 | 57286 | 63453 | 70078 | 77180 | 84794 | 101626 | 120858 | 142813 | 167984 | 197018 | 2 |
| **R** | 15 | 37167 | 46681 | 57813 | 64035 | 70722 | 77888 | 85572 | 102559 | 121967 | 144124 | 169526 | 198826 | 2 |
| **A** | 16 | 37505 | 47105 | 58340 | 64618 | 71366 | 78596 | 86351 | 103493 | 123076 | 145436 | 171069 | 200635 | 2 |
| **N** | 17 | 37844 | 47530 | 58867 | 65200 | 72010 | 79305 | 87129 | 104427 | 124186 | 146747 | 172611 | 202444 | 2 |
| **G** | 18 | 38182 | 47954 | 59394 | 65783 | 72653 | 80013 | 87908 | 105360 | 125295 | 148058 | 174153 | 204253 | 2 |
| **E** | 19 | 38520 | 48379 | 59920 | 66365 | 73297 | 80721 | 88686 | 106294 | 126404 | 149369 | 175696 | 206061 | 2 |
| | 20 | 38858 | 48803 | 60447 | 66948 | 73941 | 81429 | 89465 | 107228 | 127513 | 150680 | 177238 | 207870 | 2 |
| | 21 | 39196 | 49227 | 60974 | 67530 | 74585 | 82138 | 90243 | 108161 | 128623 | 151992 | 178781 | 209600 * | 2 |
| | 22 | 39534 | 49652 | 61501 | 68112 | 75229 | 82846 | 91022 | 109095 | 129732 | 153303 | 180323 | 209600 * | 2 |
| | 23 | 39872 | 50076 | 62028 | 68695 | 75873 | 83554 | 91801 | 110029 | 130841 | 154614 | 181865 | 209600 * | 2 |
| | 24 | 40210 | 50500 | 62554 | 69277 | 76517 | 84263 | 92579 | 110962 | 131950 | 155925 | 183408 | 209600 * | 1 |
| | 25 | 40548 | 50925 | 63081 | 69860 | 77161 | 84971 | 93358 | 111896 | 133060 | 157236 | 184950 | 209600 * | 1 |
| **F** | 26 | 40886 | 51349 | 63608 | 70442 | 77805 | 85679 | 94136 | 112830 | 134169 | 158548 | 186493 | 209600 * | 1 |
| **U** | 27 | 41224 | 51774 | 64135 | 71025 | 78448 | 86387 | 94915 | 113763 | 135278 | 159859 | 188035 | 209600 * | 1 |
| **L** | 28 | 41562 | 52198 | 64662 | 71607 | 79092 | 87096 | 95693 | 114697 | 136387 | 161170 | 189578 | 209600 * | 1 |
| **L** | 29 | 41900 | 52622 | 65189 | 72190 | 79736 | 87804 | 96472 | 115631 | 137497 | 162481 | 191120 | 209600 * | 1 |
| | 30 | 42238 | 53047 | 65715 | 72772 | 80380 | 88512 | 97250 | 116564 | 138606 | 163793 | 192662 | 209600 * | 1 |
| **P** | 31 | 42576 | 53471 | 66242 | 73354 | 81024 | 89221 | 98029 | 117498 | 139715 | 165104 | 194205 | 209600 * | 1 |
| **E** | 32 | 42914 | 53896 | 66769 | 73937 | 81668 | 89929 | 98807 | 118431 | 140824 | 166415 | 195747 | 209600 * | 1 |
| **R** | 33 | 43252 | 54320 | 67296 | 74519 | 82312 | 90637 | 99586 | 119365 | 141934 | 167726 | 197200 ** | 209600 * | 1 |
| **F** | 34 | 43590 | 54744 | 67823 | 75102 | 82956 | 91345 | 100364 | 120299 | 143043 | 169037 | 197200 ** | 209600 * | 1 |
| **O** | 35 | 43928 | 55169 | 68350 | 75684 | 83600 | 92054 | 101143 | 121232 | 144152 | 170349 | 197200 ** | 209600 * | 1 |
| **R** | 36 | 44266 | 55593 | 68876 | 76267 | 84244 | 92762 | 101921 | 122166 | 145261 | 171660 | 197200 ** | 209600 * | 1 |
| **M** | 37 | 44604 | 56017 | 69403 | 76849 | 84887 | 93470 | 102700 | 123100 | 146371 | 172971 | 197200 ** | 209600 * | 1 |
| **A** | 38 | 44942 | 56442 | 69930 | 77431 | 85531 | 94179 | 103478 | 124033 | 147480 | 174282 | 197200 ** | 209600 * | 1 |
| **N** | 39 | 45281 | 56866 | 70457 | 78014 | 86175 | 94887 | 104257 | 124967 | 148589 | 175593 | 197200 ** | 209600 * | 1 |
| **C** | 40 | 45619 | 57291 | 70984 | 78596 | 86819 | 95595 | 105036 | 125901 | 149699 | 176905 | 197200 ** | 209600 * | 1 |
| **E** | 41 | 45957 | 57715 | 71511 | 79179 | 87463 | 96303 | 105814 | 126834 | 150808 | 178216 | 197200 ** | 209600 * | 1 |
| | 42 | 46295 | 58139 | 72037 | 79761 | 88107 | 97012 | 106593 | 127768 | 151917 | 179527 | 197200 ** | 209600 * | 1 |
| | 43 | 46633 | 58564 | 72564 | 80344 | 88751 | 97720 | 107371 | 128702 | 153026 | 180838 | 197200 ** | 209600 * | 1 |
| | 44 | 46971 | 58988 | 73091 | 80926 | 89395 | 98428 | 108150 | 129635 | 154136 | 182149 | 197200 ** | 209600 * | 1 |
| | 45 | 47309 | 59413 | 73618 | 81508 | 90039 | 99137 | 108928 | 130569 | 155245 | 183461 | 197200 ** | 209600 * | 1 |
| | 46 | 47647 | 59837 | 74145 | 82091 | 90683 | 99845 | 109707 | 131503 | 156354 | 184772 | 197200 ** | 209600 * | 1 |
| **R** | 47 | 47985 | 60261 | 74671 | 82673 | 91326 | 100553 | 110485 | 132436 | 157463 | 186083 | 197200 ** | 209600 * | 1 |
| **A** | 48 | 48323 | 60686 | 75198 | 83256 | 91970 | 101261 | 111264 | 133370 | 158573 | 187394 | 197200 ** | 209600 * | 1 |
| **N** | 49 | 48661 | 61110 | 75725 | 83838 | 92614 | 101970 | 112042 | 134304 | 159682 | 188705 | 197200 ** | 209600 * | 1 |
| **G** | 50 | 48999 | 61535 | 76252 | 84421 | 93258 | 102678 | 112821 | 135237 | 160791 | 190017 | 197200 ** | 209600 * | 1 |
| **E** | 51 | 49337 | 61959 | 76779 | 85003 | 93902 | 103386 | 113599 | 136171 | 161900 | 191328 | 197200 ** | 209600 * | 1 |
| | 52 | 49675 | 62383 | 77306 | 85585 | 94546 | 104095 | 114378 | 137104 | 163010 | 192639 | 197200 ** | 209600 * | 1 |
| | 53 | 50013 | 62808 | 77832 | 86168 | 95190 | 104803 | 115156 | 138038 | 164119 | 193950 | 197200 ** | 209600 * | 1 |
| | 54 | 50351 | 63232 | 78359 | 86750 | 95834 | 105511 | 115935 | 138972 | 165228 | 195261 | 197200 ** | 209600 * | 1 |
| | 55 | 50689 | 63656 | 78886 | 87333 | 96478 | 106219 | 116713 | 139905 | 166337 | 196573 | 197200 ** | 209600 * | 1 |
| | 56 | 51027 | 64081 | 79413 | 87915 | 97121 | 106928 | 117492 | 140839 | 167447 | 197200 | 197200 ** | 209600 * | 1 |
| | 57 | 51365 | 64505 | 79940 | 88498 | 97765 | 107636 | 118271 | 141773 | 168556 | 197200 | 197200 ** | 209600 * | 1 |
| | 58 | 51703 | 64930 | 80467 | 89080 | 98409 | 108344 | 119049 | 142706 | 169665 | 197200 | 197200 ** | 209600 * | 1 |
| | 59 | 52041 | 65354 | 80993 | 89663 | 99053 | 109053 | 119828 | 143640 | 170774 | 197200 | 197200 ** | 209600 * | 1 |
| | 60 | 52379 | 65778 | 81520 | 90245 | 99697 | 109761 | 120606 | 144574 | 171884 | 197200 | 197200 ** | 209600 * | 1 |
| | 61 | 52718 | 66203 | 82047 | 90827 | 100341 | 110469 | 121385 | 145507 | 172993 | 197200 | 197200 ** | 209600 * | 0 |

\* Rate limited to the rate for Level III of the Executive Schedule.
\*\* Rate limited to the rate for Level IV of the Executive Schedule.

[1] The default step increase for employees in the developmental range is two steps every six months.
The default step increase for employees in the full performance range is one step every year.

## PROOF OF SERVICE

*Abittan, Abraham v. Hansen Law Firm, PC, et al.*
United States District Court Case No. 5:25-cv-5427

At the time of service I was over 18 years of age and not a party to this action. I am employed by Wilson, Elser, Moskowitz, Edelman & Dicker LLP in the County of San Francisco, State of California. My business address is 655 Montgomery Street, Suite 900, San Francisco, California 94111. My business Facsimile number is (415) 434-1370. On this date I served the following document(s):

**DECLARATION OF PETER C. CATALANOTTI IN SUPPORT OF DEFENDANTS HANSEN LAW FIRM, P.C.; STEPHEN HOLMES; AND CRAIG HANSEN'S MOTION FOR ATTORNEY'S FEES FOLLOWING PARTIAL GRANTING OF SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 (ANTI-SLAPP STATUTE)**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

⊠:      By E-Service in conjunction with E-Filing the document(s) listed above through the Court's CM/ECF system, which effects electronic service on counsel and parties who are registered with the CM/ECF system.

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on April 6, 2026, at San Francisco, California.

_____
Peter Catalanotti

6

**SERVICE LIST**

*Abittan, Abraham v. Hansen Law Firm, PC, et al.*
United States District Court Case No. 5:25-cv-5427

| | |
|---|---|
| Brianna K. Pierce<br>BELLATRIX LAW, P.C.<br>16868 Via Del Campo Ct., Ste 100<br>San Diego, California 92127<br>Telephone: (858) 338-5650<br>bkp@bellatrix-law.com<br><br>***Attorneys for Plaintiffs***<br>**Abrahham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Portal, Eliana Abittan, Roy Graber, and Tova Graber** | Bruce Douglas MacLeod<br>DAVIS, BENGTSON & YOUNG<br>1960 The Alameda, Ste 210<br>San Jose, CA 95126<br>Telephone: (669)288-6727<br>bmacleod@dby-law.com<br><br>***Attorneys for Defendants***<br>**James Cai, Brian Barnhorst, Patrick O'Shugnessy** |
| Jingjing Ye Bennett<br>YE & ASSOCIATES, P.C.<br>3400 N Central Expy, Ste 110-321<br>Richardson, TX 75080<br>Telephone: (469)410-5232<br>jye@yefirm.com<br><br>Michael William Stebbins<br>Marc G Van Niekerk<br>Silicon Valley Law Group<br>One North Market Street<br>Suite 200<br>San Jose, CA 95113<br>408-573-5700<br>408-573-5701 (fax)<br>mws@svlg.com<br>mvn@svlg.com<br><br>***Attorneys for Defendants***<br>**Ye & Associates PLLC and Jingjing Ye** | |

CATALANOTTI DECL. IN SUPPORT OF HLF DEFENDANTS' <u>MOTION FOR ATTORNEY'S FEES</u> FOLLOWING PARTIAL GRANTING OF SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT