United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM ABITTAN, et al.,

Plaintiffs,

v.

HANSEN LAW FIRM, P.C., et al.,

Defendants.

Case No.  25-cv-05427-SVK

**ORDER DISMISSING YE DEFENDANTS WITHOUT PREJUDICE**

On March 26, 2026, the Court granted in relevant part Defendants Jingjing Ye and Ye & Associates PLLC's (collectively, "Ye Defendants") motion to dismiss for insufficient service and lack of personal jurisdiction.  Dkt. 71.  The Court directed Plaintiffs to "file either certificates evidencing new service upon the Ye Defendants or a notice dismissing them from the case" no later than April 8, 2026.  *Id.* at 35.  On April 14, no certificate or dismissal having been filed, the Court extended Plaintiffs' deadline to April 17 and noted that if no filing was forthcoming, the Court would dismiss the claims against the Ye Defendants without prejudice.  Dkt. 75.

No certificate or dismissal has been filed as of the date of this Order.  Without proper service, the Court lacks personal jurisdiction over the Ye Defendants.  Accordingly, Plaintiffs' claims against Defendants Jingjing Ye and Ye & Associates PLLC are hereby **DISMISSED without prejudice**.

**SO ORDERED.**

Dated: April 20, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge