UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM ABITTAN, et al.,

Plaintiffs,

v.

HANSEN LAW FIRM, P.C., et al.,

Defendants.

Case No.25-cv-05427-SVK

**JUDGMENT**

On March 26, 2026, the Court granted in part and denied in part Defendants' Hansen Law Firm, P.C., Craig Hansen, Stephen Holmes, SAC Attorneys, LLP, James Cai, Brian Barnhorst and Patrick O'Shaugnessy's motions to dismiss Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or to strike the claims pursuant to California Code of Civil Procedure § 425.16.  Dkt. 71.  In the same Order, the Court granted in part and denied in part Defendants Ye & Associates and Jingjing Ye's motion to dismiss, quashing service.  *Id.*  Thereafter, on April 20, 2026, the Court dismissed the claims against Ye & Associates and Jingjing Ye without prejudice, and on May 4, 2026, the Court finalized its entry of attorneys' fees for the remaining defendants. Dkt. 80.  Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiffs.

The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: May 4, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge